1
2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CARL EUGENE GOWDY,                    Case No. 2:20-cv-09944-CJC (PD)

12                 Petitioner,

13       v.                                **JUDGMENT**

14   BRIAN KIBLER, Warden,

15                 Respondent.

16

17

18       Pursuant to the Court's Order Accepting the Report and

19   Recommendation of United States Magistrate Judge,

20       IT IS ADJUDGED that the Petition is dismissed without prejudice.

21

22       DATED: April 29, 2021

23                                         _____
24
                                           HON. CORMAC J. CARNEY
25                                         UNITED STATES DISTRICT JUDGE

26
27
28